**Motion Granted in Part and Denied in Part; Order filed May 5, 2022**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-22-00247-CR**

_____

## EX PARTE WILLIAM SOLOMON LEWIS

**On Appeal from the 185th District Court
Harris County, Texas
Trial Court Cause No. 1745375**

## ORDER

On April 15, 2022, appellant filed a pro se motion to supplement the record. That motion is granted in part and denied in part. We GRANT the portion of appellant's motion requesting to supplement the record with appellant's Application for Writ of Habeas Corpus filed on October 28, 2021.

The Harris County District Clerk is directed to prepare, certify, and file with the clerk of this court a supplemental clerk's record on or before **May 16, 2022** containing appellant's Application for Writ of Habeas Corpus filed on October 28, 2021.

If the omitted item is not part of the case file, the district clerk is directed to prepare, certify, and file with the clerk of this court a supplemental clerk's record containing a statement that the omitted item is not a part of the case file.

We DENY the portion of appellant's motion requesting findings of facts and conclusions of law in connection with the denial of his application for writ of habeas corpus.

We DENY as moot the portion of appellant's motion requesting that the December 2, 2021 writ of habeas corpus hearing record be supplemented into our record on appeal. This record has been filed and is a part of the appellate record.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Bourliot and Spain.